FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ALLEN SAFFORD,<br><br>Defendant. | No. 4-20-CR-06031-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 211, 212** |

On August 11, 2021, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 211) and related Motion to Expedite (ECF No. 212). Defendant was represented by Assistant Federal Defender Alex Hernandez III. Assistant United States Attorney Benjamin Seal represented the United States.

Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 11, which requires Defendant to wear at all times a GPS

location monitoring device. In support of his motion for modification, Defendant notes that he has complied with all conditions of his pretrial release and removal of his GPS location monitoring device will facilitate his ability to work as a self-employed painter. Given Defendant's compliance and because neither the United States Probation/Pretrial Services Office nor the United States object, the Court will strike Special Condition Nos. 11 and 12 (ECF No. 135).

**IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 212**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 211**) is **GRANTED**.

3. Special Condition No. 11 (**ECF No. 135**) shall be **STRICKEN**.

4. Special Condition No. 12 (**ECF No. 135**) shall be **STRICKEN**.

5. All other conditions of release shall remain in effect.

DATED August 11, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2