UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Safford, Derrick Allen | Docket No. | 0980 4:20CR06031-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Derrick Allen Safford, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 9th day of March 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #8:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 18, 2021, the conditions of pretrial supervision were reviewed with and signed by Derrick Safford, acknowledging an understanding of his conditions.

**Violation #1:** Derrick Safford is alleged to be in violation of pretrial release by failing to attend drug testing at Merit Resource Services (Merit) on April 20, 2022.

Notice was received from Merit on April 21, 2022, advising Mr. Safford failed to show up for testing when his assigned color was called. Mr. Safford reported that he forgot to call the urinalysis hotline at Merit that day.

**Violation #2:** Derrick Safford is alleged to be in violation of his conditions of pretrial release by using a controlled substance, methamphetamine, on or about April 23, 2022.

Mr. Safford signed a drug use admission form on April 26, 2022, admitting to using methamphetamine on April 23, 2022.

**Violation #3:** Derrick Safford is alleged to be in violation of his conditions of pretrial release by failing to provide a urinalysis sample for testing on April 27, 2022.

Mr. Safford reported to the Richland Pretrial Services Office on April 27, 2022. He was directed to provide a urinalysis sample for testing. He was given 2 hours to provide a sample and attempted to provide a sample multiple times but was unable to do so.

PS-8

Re: Safford, Derrick Allen
May 11, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2022

by s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[✓] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

May 12, 2022
Date