# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Safford, Derrick Allen | Docket No. | 0980 4:20CR06031-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Derrick Allen Safford, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 9th day of March 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #8:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 18, 2021, the conditions of pretrial supervision were reviewed with and signed by Derrick Safford, acknowledging an understanding of his conditions.

**Violation #1:** Derrick Safford is alleged to be in violation of pretrial release by failing to provide a drug test at Merit Resource Services (Merit) on September 14, 2022.

Notice was received from Merit on September 15, 2022, advising Mr. Safford was present for his drug test on September 14, 2022, but failed to provide a sample for testing.

**Violation #2:** Derrick Safford is alleged to be in violation of his conditions of pretrial release by using methamphetamine and marijuana on and before September 29, 2022.

Mr. Safford signed a drug use admission form on October 26, 2022, admitting to using methamphetamine and marijuana on and before September 29, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: | October 27, 2022 |
| by | s/Daniel M. Manning |   |
|   | Daniel M. Manning U.S. Pretrial Services Officer |   |

Re: Safford, Derrick Allen
October 27, 2022
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

October 31, 2022
Date