UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Safford, Derrick Allen | Docket No. | 0980 4:20CR06031-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Derrick Allen Safford, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 9th day of March 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On March 18, 2021, the conditions of pretrial supervision were reviewed with and signed by Mr. Safford, acknowledging an understanding of his conditions.

**Violation #1:** Mr. Safford is alleged to be in violation of pretrial release by providing a drug test at Merit Resource Services on May 16, 2023, that tested positive for marijuana.

On May 17, 2023, Mr. Safford contacted the undersigned officer. Mr. Safford denied smoking marijuana, but admitted he was using lotion containing cannabidiol (CBD).

On May 22, 2023, confirmation was received from the national laboratory confirming the test was positive for marijuana.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 5, 2023 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8
**Re: Safford, Derrick Allen**
**June 5, 2023**
**Page 2**

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

June 6, 2023
Date