FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK ALLEN SAFFORD,<br><br>    Defendant. | No. 4:20-CR-06031-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT** |

    Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 483. Defendant is represented by Alex B. Hernandez, III. The United States is represented by Caitlin Baunsgard. The motion was considered without oral argument.

    On August 29, 2023, the parties entered into a Pretrial Diversion Agreement, set to expire on or about August 29, 2025. *See* ECF Nos. 433, 434. However, given Defendant's exemplary rehabilitation and post-arrest conduct, the United States finds the Agreement no longer necessary. Pursuant to Fed. R. Crim. P. 48(a), it now requests the Court terminate the Agreement early and dismiss the Indictment, ECF No. 1, with prejudice.

    The Court finds good cause to grant the motion.

//

//

//

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss Indictment, ECF No. 483, is **GRANTED**.

2. The Indictment filed on October 21, 2020, ECF No. 1, is **DISMISSED with prejudice**.

3. All dates and deadlines currently set in this matter are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel **AND** to the U.S. Probation Office.

**DATED** this 13th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS INDICTMENT *2**